**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
and , LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE
HERE!

                              Petitioners,

                      Index No. 08 CV 6740 (LBS)

              -v.-              AFFIDAVIT OF SERVICE

MULTI-PAK CORPORATION,

                              Respondent.
------------------------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

     **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 14th day of August, 2008, at approximately 2:35pm, deponent served a true copy of the PETITION TO CONFIRM ARBITRATION AWARD, NOTICE OF PETITION AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD upon NEIL CAVANAUGH at 180 Atlantic Street, Hackensack, NJ by personally delivering and leaving the same with NEIL CAVANAUGH at that address. At the time of service, deponent asked Neil Cavanaugh whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Neil Cavanaugh is a white male, approximately 65 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 220 pounds with mostly bald gray hair and blue eyes wearing.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
20th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com